Michael C. Hendershot (State Bar No. 211830)
mhendershot@jonesday.com
Matthew J. Silveira (State Bar No. 264250)
msilveira@jonesday.com
JONES DAY
Silicon Valley Office
1755 Embarcadero Road
Palo Alto, CA  94303
Telephone: +1.650.739.3939
Facsimile:  +1.650.739.3900

Andrea W. Jeffries (State Bar No. 183408)
JONES DAY
555 South Flower Street, Fiftieth Floor
Los Angeles, California  90071-2452
Telephone: +1.213.489.3939
Facsimile:  +1.213.243.2539

Attorneys for Defendants
H&R BLOCK, INC. and HRB DIGITAL LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| UNILOC 2017 LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>H&R BLOCK, INC. and HRB DIGITAL LLC,<br><br>　　　　　Defendants. | Case No.  8:19-cv-01149-JVS-KES<br><br>**DEFENDANTS H&R BLOCK, INC. AND HRB DIGITAL LLC'S NOTICE OF MOTION AND MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND IMPROPER VENUE**<br><br>Date:　　　September 23, 2019<br>Time:　　　1:30 p.m.<br>Courtroom:　10C<br>Judge:　　　Hon. James V. Selna |

1    TO ALL PARTIES AND COUNSEL OF RECORD:

2    PLEASE TAKE NOTICE that on September 23, 2019, at 1:30 P.M., or as

3    soon thereafter as counsel may be heard, in Courtroom 10C of the above-entitled

4    Court located at Ronald Reagan Federal Building and United States Courthouse,

5    411 West Fourth Street, Santa Ana, California, Defendants H&R Block, Inc.

6    ("Block, Inc.") and HRB Digital LLC ("HRB Digital") will move for an order

7    dismissing this litigation for lack of personal jurisdiction and improper venue

8    ("Motion").

9    This Motion is made following the conference of counsel pursuant to L.R. 7-

10   3, which took place on July 30, 2019.

11   Defendants' Motion is based on this Notice of Motion and Motion; the

12   concurrently-filed Memorandum of Points and Authorities; the declarations of

13   Andrea W. Jeffries and Scott W. Andreasen in support of the same; all exhibits

14   filed in support of same; the pleadings and papers on file in this action; and upon all

15   other evidence and arguments that may be presented to the Court prior to or at any

16   hearing on this Motion.

17   Dated:  August 23, 2019                    Respectfully submitted,

18                                              **JONES DAY**

19                                              By: */s/ Andrea W. Jeffries*

20                                                  Andrea W. Jeffries

21                                              Attorneys for Defendants
                                                H&R BLOCK, INC. AND HRB
22                                              DIGITAL LLC

23

24   NAI-1508606897v1

25

26

27

28